AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Monica Yinger, *Plaintiff* v. Speedway, LLC, et al *Defendant* | Civil Action No. 3:23-cv-149 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   ORDER: (1) GRANTING DEFENDANT SPEEDWAY'S MOTION FOR SUMMARY JUDGMENT (Doc. No. 23); AND (2) TERMINATING THIS CASE ON THE DOCKET.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Michael J. Newman   on a motion for   Summary Judgment.

Date:  12/20/2024

CLERK OF COURT

*Anne Wamsley*
Signature of Clerk or Deputy Clerk